James H. Seymour  SBC No. 48651
706 Cowper Street
Palo Alto, California 94301
Telephone: (650) 323-7226
Counsel for Petitioning Creditor
and Appellant
Jennifer M. Moore

e-filing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALLIANCE FINANCIAL<br>CAPITAL HOLDINGS, INC.<br><br>Alleged Debtor. | No. 07-30030 TEC 7<br><br>Chapter 7<br>(Involuntary) |
| In re<br><br>RICHARD L. HATFIELD,<br><br>Alleged Debtor. | No. 07-30031 TEC 7<br><br>Chapter 7<br>(Involuntary) |

C 07 3716 CRB

NOTICE OF APPEAL

OF DISMISSAL OF CASE NO. 07-30030

---

NOTICE OF APPEAL - CASE NO. 07-30030 TEC

1  Appellant, Jennifer M. Moore, a petitioning creditor in case number 07-30030 TEC
2  appeals under 28 U.S.C. sec. 158(a) from the order of the Honorable Thomas E. Carlson,
3  United States Bankruptcy Judge dismissing this case which was entered in this
4  bankruptcy case on the 26th day of June 2007.
5  The names of all parties to the order of dismissal from which this appeal is taken
6  and the names, addresses, and telephone numbers of their respective attorneys are:
7  Jennifer M. Moore, Appellant and Petitioning Creditor - Counsel - James H.
8  Seymour, 706 Cowper Street, Palo Alto, California 94301. Telephone: (650) 323-7226.
9  Alliance Financial Capital Holdings, Inc., Alleged Debtor - Unrepresented - 700
10 Airport Boulevard, Suite 430, Burlingame, California 94010.
11 First Trust Corporation fbo Richard L. Spees, First Trust Corporation fbo J.D.
12 Erickson, and George Rnjak, Petitioning Creditors - Counsel - Michael D. Cooper,
13 Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor Oakland, California
14 94607-4036. Telephone: (510) 834-6600.
15 David Fenton, Jacqueline Fenton, and Jacqueline Jackson, Creditors - Counsel
16 Chris D. Kuhner, Kornfield, Paul & Nyberg, P.C., 1999 Harrison Street, Suite 2675,
17 Oakland, CA 94612-4722. Telephone: (510) 763-1000.
18 Bank Of Stockton, Creditor - Hauser & Mouzes Law Corp., P.O. Box 1397,
19 Woodbridge, California 95258-1397. Telephone: (209) 368-1368.
20 T. Dale and Mariann Sheldon, Creditors - Counsel - Michael St. James, St.
21 James Law, 155 Montgomery St., Suite 1004, San Francisco, California 94104.
22 Office of the United States Trustee, 235 Pine Street, Suite 700, San Francisco,
23 California 94104. Telephone: (415) 705-3333.
24                                JAMES H. SEYMOUR
25
26 Dated: 4 July 2007         /s/ James H. Seymour
                              James H. Seymour
27                            Counsel for Appellant and
                              Petitioning Creditor Jennifer Moore
28