Entered on Docket
June 26, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 26, 2007

THOMAS E. CARLSON
U.S. Bankruptcy Judge

1  Michael D. Cooper (Bar No. 42761)
   Daniel Rapaport (Bar No. 67217)
2  Elizabeth Berke-Dreyfuss (Bar No. 114651)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, CA  94607-4036
4  Telephone: (510) 834-6600
   Fax: (510) 834-1928
5  Email: mcooper@wendel.com

6  Attorneys for Petitioning Creditors
   First Trust Corporation fbo Richard L. Spees,
7  First Trust Corporation fbo J.D. Erickson, and
   George Rnjak
8
9              UNITED STATES BANKRUPTCY COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO DIVISION



C 07 3716  CRB

13  In Re                          Case No. 07-30030 TEC
                                   Chapter 7 (Involuntary)
14  ALLIANCE FINANCIAL CAPITAL
    HOLDINGS, INC.,
15
                 Debtor.
16

17
18  In Re                          Case No. 07-30031 TEC
                                   Chapter 7 (Involuntary)
19  RICHARD L. HATFIELD,
                                   **ORDER GRANTING PETITIONING**
20               Debtor.           **CREDITORS' MOTIONS TO DISMISS**
                                   **INVOLUNTARY PETITIONS IN CASES**
    UNITED STATES BANKRUPTCY COURT **NOS. 07-30030 AND 07-30031**
21  Northern District of California
    I certify that this is a true, correct and full copy   Date:   June 22 2007
22  of the original document on file in my custody.        Time:   10:00 a.m.
    Dated  July 9, 2007                                    Place:  235 Pine Street, 23rd Floor
23  by _____                                              San Francisco, CA
    **Deputy Clerk**
24

25       Petitioning Creditors' Motions to Dismiss Involuntary Petitions on Consent of Petitioning

26  Creditors and Debtors ("Motions"), filed in Cases Nos. 07-30030 and 07-30031, came on

27  regularly for hearing on June 22, 2007.  Michael Cooper, Esq., of Wendel, Rosen, Black & Dean,

28  LLP, appeared on behalf of the Petitioning Creditors; Iain A. MacDonald, Esq. appeared on

*ORDER GRANTING PETITIONING CREDITORS'*
*MOTIONS TO DISMISS INVOLUNTARY PETITIONS*

014105.0002\816431.1

1  behalf of the alleged debtors, Richard L. Hatfield and Alliance Financial Capital Holdings, Inc.;
2  Michael St. James, Esq. appeared on behalf of T. Dale and Mariann Sheldon; James H. Seymour,
3  Esq. appeared on behalf of Jennifer M. Moore; Dennis Hauser, Esq. of Hauser & Mouzes
4  appeared on behalf of the Bank of Stockton, and such other appearances were made as may have
5  been noted in the record. Based upon the pleadings filed herein, and the argument of counsel, and
6  for the reasons stated on the record in open Court, which reasons shall constitute the Court's
7  findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil
8  Procedure, made applicable to this proceeding pursuant to Rules 1017(f), 7052, 9014(c) of the
9  Federal Rules of Bankruptcy Procedure, and for good cause shown,

10    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

11    **1.**   Notice of the hearing on the Motions was proper under the circumstances of the
12  case;

13    **2.**   The Motions are granted in their entirety;

14    **3.**   The Involuntary Petitions in Cases Nos. 07-30030 and 07-30031 are hereby
15  dismissed pursuant to the provisions of Bankruptcy Code Section 305(a)(1).

16    **Certificate of Service, Docket No. 31**

17    ** End of Order**

*ORDER GRANTING PETITIONING CREDITORS'*
*MOTIONS TO DISMISS INVOLUNTARY PETITIONS*      2

014105.0002\816431.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

| | |
|---|---|
| | **COURT SERVICE LIST** |
| Iain A. Macdonald<br>Law Offices of Macdonald& Associates<br>2 Embarcadero Center #1670<br>San Francisco, CA 94111-3930 | *Attorneys for Richard L. Hatfield* |
| Michael St. James<br>155 Montgomery St., #1004<br>San Francisco, CA 94104 | *Attorneys for T. Dale and Mariann Sheldon* |
| James H. Seymour<br>706 Cowper Street<br>Palo Alto, CA 94301 | *Attorneys for Jennifer Moore* |
| Dennis Hauser<br>Hauser & Mouzes<br>18826 Lower Sacramento Rd., #H<br>Woodbridge, CA 95258 | *Attorneys for Bank of Stockton* |
| Michael D. Cooper<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 | *Attorneys for Petitioning Creditors* |
| Office of the U.S. Trustee<br>U.S. Dept. of Justice<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | *United States Trustee* |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

014105.0002\816431.1

*ORDER GRANTING PETITIONING CREDITORS'*
*MOTIONS TO DISMISS INVOLUNTARY PETITIONS*

2