DISMISSED, APPEAL

E-Filing **U.S. Bankruptcy Court**
**Northern District of California (San Francisco)**
**Bankruptcy Petition #: 07-30030**
Internal Use Only

*Assigned to:* Judge Thomas E. Carlson
Chapter 7
Involuntary
No asset

*Date Filed:* 01/09/2007
*Date Dismissed:* 06/26/2007

*Debtor*
**Alliance Financial Capital Holdings, Inc.**
700 Airport Blvd., Suite 430
Burlingame, CA 94010
Tax id: 94-3201887

represented by **Iain A. Macdonald**
Law Offices of Macdonald and Assoc.
2 Embarcadero Center #1670
San Francisco, CA 94111-3930
(415) 362-0449
Email: mac@macdonaldlawsf.com

*Petitioning Creditor*
**First Trust Corporation FBO Richard L. Spees**
6933 Wilton Drive
Oakland, CA 94611
Tax id: 84-0519832

represented by **Michael D. Cooper**
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047
(510) 834-6600
Email: mcooper@wendel.com

*Petitioning Creditor*
**First Trust Corporation FBO J.D. Erickson**
46 Oak Trail Court
Alamo, CA 94507
Tax id: 84-0519832

represented by **Michael D. Cooper**
(See above for address)

*Petitioning Creditor*
**George Rnjak**
3920 Heathfield Place
Santa Rosa, CA 95404
SSN: 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

represented by **Michael D. Cooper**
(See above for address)

*Petitioning Creditor*
**Jennifer M. Moore**
355 North Wolfe Rd. #531
Sunnyvale, CA 94085

represented by **James H. Seymour**
Law Offices of James H. Seymour
706 Cowper St.
Palo Alto, CA 94301
(650) 323-7226
Email: jseymourlaw@yahoo.com

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104
(415) 705-3333

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated _____
by _____
Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|

| 01/09/2007 | ◕1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) First Trust Corporation FBO Richard L. Spees (attorney Michael D. Cooper), First Trust Corporation FBO J.D. Erickson (attorney Michael D. Cooper), George Rnjak (attorney Michael D. Cooper) (Cooper, Michael) (Entered: 01/09/2007) |
|---|---|---|
| 01/09/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-30030) [misc,invol7] ( 299.00). Receipt number 3896154, amount $ 299.00 (U.S. Treasury) (Entered: 01/09/2007) |
| 01/09/2007 | ◕2 | Document: *Summons to Debtor in Involuntary Case (To Be Issued)*. (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Cooper, Michael) (Entered: 01/09/2007) |
| 01/11/2007 | | **COURT ENTRY** Two of Petitioning Creditors' Names On The System Do Not Match Those On The Pdf. Court Contacted Attorney's Office and Was Told That Attorney Prefers The Way The Names Were Entered. Court Will Prepare The Standardized "Sommons and Notice of Status Conference In Involuntary Case". (RE: related document(s)1 Involuntary Petition (Chapter 7) 2 Document ). (ql, ) Modified on 1/11/2007 (ql, ). (Entered: 01/11/2007) |
| 01/11/2007 | ◕3 | Involuntary Summons and Notice To Debtor Of Status Conference In Voluntary Case Issued on Alliance Financial Capital Holdings, Inc. . (ql, ) (Entered: 01/11/2007) |
| 01/11/2007 | ◕ | Hearing Set On (RE: related document(s)3 Involuntary Summons Issued). Status Conference to be held on 1/22/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 01/11/2007) |
| 01/12/2007 | ◕4 | Summons Service Executed in an Involuntary Case on Alliance Financial Capital Holdings, Inc. 1/12/2007, Answer Due 02/01/2007 Filed by First Trust Corporation FBO J.D. Erickson ; First Trust Corporation FBO Richard L. Spees ; George Rnjak (Cooper, Michael) (Entered: 01/12/2007) |
| 01/18/2007 | ◕5 | Notice of Appearance and Request for Notice by Michael St. James Filed by Creditor T. Dale & Mariann Sheldon (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 01/18/2007) |
| 01/19/2007 | ◕6 | Notice of Appearance and Request for Notice by Raymond A. Policar Filed by Creditor Bank Of Stockton (Attachments: # 1 Certificate of Service) (Policar, Raymond) (Entered: 01/19/2007) |
| 01/22/2007 | ◕ | Courtroom Hearing Continued (gh, ) (Entered: 01/22/2007) |
| 01/26/2007 | ◕ | Courtroom Hearing Continued (gh, ) (Entered: 01/26/2007) |
| 01/29/2007 | ◕7 | Adversary case 07-03010. 01 (Determination of removed claim or cause) 14 (Recovery of money/property - other), 21 (Validity, priority or extent of lien or other interest in property) ,91 (Declaratory judgment),02 Other(e.g.other actions that would have been brought in state court if unrelated to bankruptcy) Complaint by Jennifer M. Moore , Jacqueline Jackson, et al against Richard Lee Hatfield , Melvin R. Slager , Alliance Financial Capital, Inc., et al. Notice of removal of previously consolidated cases(From Superior Court, State of California, County of San Mateo) Fee Amount $250 . (ac, ) Modified on 1/29/2007 (ac, ). (Entered: 01/29/2007) |
| 01/29/2007 | ◕8 | Request for Notice Filed by Creditor Jacqueline Jackson (Kuhner, Chris) (Entered: 01/29/2007) |
| 01/29/2007 | ◕9 | Request for Notice Filed by Creditor David and Jacqueline Fenton (Kuhner, Chris) (Entered: 01/29/2007) |
| 02/02/2007 | ◕ | Courtroom Hearing Held (Court to do order.)(gh, ) (Entered: 02/02/2007) |

| | | |
|---|---|---|
| 02/02/2007 | ❸10 | Order Suspending Involuntary Bankruptcy Proceedings (RE: related document(s)1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor First Trust Corporation FBO Richard L. Spees, Petitioning Creditor First Trust Corporation FBO J.D. Erickson, Petitioning Creditor George Rnjak). (ql, ) (Entered: 02/02/2007) |
| 02/02/2007 | ❸11 | Hearing Set On (RE: related document(s)1 Involuntary Petition (Chapter 7)). Status Conference to be held on 2/12/2007 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 02/02/2007) |
| 02/04/2007 | ❸12 | BNC Certificate of Mailing (RE: related document(s)10 Order, ). Service Date 02/04/2007. (Admin.) (Entered: 02/04/2007) |
| 02/12/2007 | ❸ | Courtroom Hearing Continued (RE: Hearing Set - related document(s) 11 ) (Continued to 2/15/2007 09:30 AM at San Francisco Courtroom 23 - Carlson) (can be moved by parties.)(gh, ) (Entered: 02/12/2007) |
| 02/12/2007 | ❸13 | Order Setting Continued Status Conference. (ql, ) (Entered: 02/12/2007) |
| 02/14/2007 | ❸14 | BNC Certificate of Mailing (RE: related document(s)13 Order for Status Conference). Service Date 02/14/2007. (Admin.) (Entered: 02/14/2007) |
| 02/22/2007 | ❸15 | Status Conference Statement (RE: related document(s)13 Order for Status Conference). Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 02/22/2007) |
| 02/26/2007 | ❸ | Hearing Continued . (Status Conference to be heard on 3/12/07 at 11:30 AM). (gh, ) (Entered: 02/26/2007) |
| 02/27/2007 | ❸16 | Order Continuing Suspension of Proceedings and Setting Continued Status Conference. (RE: related document(s)1 Involuntary Petition (Chapter 7)). Status Conference to be held on 3/9/2007 at 9:30 AM San Francisco Courtroom 23 - Carlson for [11], (ql, ) (Entered: 02/27/2007) |
| 03/01/2007 | ❸17 | BNC Certificate of Mailing (RE: related document(s)16 Order to Continued Hearing, ). Service Date 03/01/2007. (Admin.) (Entered: 03/02/2007) |
| 03/02/2007 | ❸18 | Order Correcting Time and Date Of Continued Status Conference (RE: related document(s)16 Order to Continued Hearing, [11] Hearing Set). Status Conference to be held on 3/12/2007 at 11:30 AM San Francisco Courtroom 23 - Carlson for [11], (ql, ) (Entered: 03/02/2007) |
| 03/04/2007 | ❸19 | BNC Certificate of Mailing (RE: related document(s)18 Order to Continued Hearing, ). Service Date 03/04/2007. (Admin.) (Entered: 03/04/2007) |
| 03/08/2007 | ❸20 | Status Conference Statement (RE: related document(s)18 Order to Continued Hearing, ). Filed by Creditor Jennifer M. Moore (Attachments: # 1 Exhibit Ex A - Proposed Settlement Terms) (Seymour, James) (Entered: 03/08/2007) |
| 03/12/2007 | ❸ | Courtroom Hearing Continued (RE: Hearing Set - related document(s) 11 ) (Continued to 5/11/2007 11:00 AM at San Francisco Courtroom 23 - Carlson) (Court to do order.)(gh, ) (Entered: 03/12/2007) |
| 03/13/2007 | ❸21 | Amended Order Continuing Suspension of Proceedings and Setting Continued Status Conference (RE: related document(s)18 Order to Continued Hearing, [11] Hearing Set). Status Conference to be held on 5/11/2007 at 11:00 AM San Francisco Courtroom 23 - Carlson for [11], (ql, ) Modified on 3/13/2007 (ql, ). (Entered: 03/13/2007) |
| 03/15/2007 | ❸22 | BNC Certificate of Mailing (RE: related document(s)21 Order to Continued Hearing, ). Service Date 03/15/2007. (Admin.) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/29/2007 | | Disposition of Adversary 07-3010. (ac, ) (Entered: 03/29/2007) |
| 03/29/2007 | | Adversary Case Closed 07-3010. (ac, ) (Entered: 03/29/2007) |
| 05/08/2007 | 23 | Notice of Continued Hearing *of Status Conference* (RE: related document(s)21 Amended Order Continuing Suspension of Proceedings and Setting Continued Status Conference (RE: related document(s)18 Order to Continued Hearing, [11] Hearing Set). Status Conference to be held on 5/11/2007 at 11:00 AM San Francisco Courtroom 23 - Carlson for [11], (ql, ) Modified on 3/13/2007 (ql, ).). Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Cooper, Michael) (Entered: 05/08/2007) |
| 05/09/2007 | | Hearing Continued (RE: related document(s)23 Notice of Continued Hearing, [11] Hearing Set). Status Conference to be held on 5/18/2007 at 11:00 AM San Francisco Courtroom 23 - Carlson for [11], (ql, ) (Entered: 05/09/2007) |
| 05/09/2007 | | **ERROR** Continued Status Conference Not Updated. Court Corrected. (RE: related document(s)23 Notice of Continued Hearing). (ql, ) (Entered: 05/09/2007) |
| 05/09/2007 | | **ERROR** Continued Status Conference Not Updated. Court Corrected. (RE: related document(s)23 Notice of Continued Hearing). (ql, ) ERROR: DUPLICATE DOCKETING. Modified on 5/9/2007 (ql, ). (Entered: 05/09/2007) |
| 05/09/2007 | 24 | Order Continuing Status Conference (RE: related document(s)23 Notice of Continued Hearing filed by Petitioning Creditor First Trust Corporation FBO Richard L. Spees, Petitioning Creditor First Trust Corporation FBO J.D. Erickson, Petitioning Creditor George Rnjak). (ql, ) (Entered: 05/09/2007) |
| 05/11/2007 | 25 | BNC Certificate of Mailing (RE: related document(s)24 Order, ). Service Date 05/11/2007. (Admin.) (Entered: 05/11/2007) |
| 05/18/2007 | | Courtroom Hearing Continued (RE: Hearing Set - related document(s) [11] ) (Continued to 6/22/2007 10:30 AM at San Francisco Courtroom 23 - Carlson) (gh, ) (Entered: 05/18/2007) |
| 05/25/2007 | 26 | Motion to Dismiss/Withdraw Document *Involuntary Petitions* Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Exhibit A to Motion# 2 Declaration of Richard Hatfield# 3 Declaration of Michael Cooper# 4 Certificate of Service) (Cooper, Michael) (Entered: 05/25/2007) |
| 05/25/2007 | 27 | Notice of Hearing (RE: related document(s)26 Motion to Dismiss/Withdraw Document *Involuntary Petitions* Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Exhibit A to Motion# (2) Declaration of Richard Hatfield# (3) Declaration of Michael Cooper# (4) Certificate of Service) (Cooper, Michael)). Hearing scheduled for 6/22/2007 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Petitioning Creditors First Trust Corporation FBO J.D. Erickson, First Trust Corporation FBO Richard L. Spees, George Rnjak (Attachments: # 1 Certificate of Service) (Cooper, Michael) (Entered: 05/25/2007) |
| 06/15/2007 | 28 | Joinder *in Involuntary Petition* (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 06/15/2007) |
| 06/15/2007 | 29 | Brief/Memorandum in Opposition to *Motion to Dismiss Involuntary Petitions* (RE: related document(s)26 Motion to Dismiss/Withdraw Document, ). Filed by Creditor Jennifer M. Moore (Seymour, James) (Entered: 06/15/2007) |

| 06/18/2007 | ❏ | **CORRECTIVE ENTRY** Court Corrected The Party Role Of Jennifer M. Moore From "Creditor" To "Petitioning Creditor" and Added Her Address. (RE: related document(s)28 Joinder). (ql, ) (Entered: 06/18/2007) |
|---|---|---|
| 06/21/2007 | ❏ 30 | Declaration of Richard Hatfield in Reply to Jennifer M. Moore's Opposition to Motion To Dismiss in Opposition of (RE: related document(s)29 Opposition Brief/Memorandum, 28 Joinder). Filed by Debtor Alliance Financial Capital Holdings, Inc. (Macdonald, Iain) (Entered: 06/21/2007) |
| 06/22/2007 | ❏ | Courtroom Hearing Held (RE: Motion to Dismiss/Withdraw Document - related document(s) 26 ) (Motion is gtranted, order to be uploaded.)(gh, ) (Entered: 06/22/2007) |
| 06/22/2007 | ❏ 31 | Certificate of Service *to [Proposed] Order Granting Petitioning Creditors' Motions to Dismiss Involuntary Petitions in Cases Nos. 07-30030 and 07-30031* (Cooper, Michael) (Entered: 06/22/2007) |
| 06/26/2007 | ❏ 32 | Order Granting Petitioning Creditors' Motion to Dismiss Involuntary Petition. (Related Doc # 26) (ql, ) (Entered: 06/26/2007) |
| 06/28/2007 | ❏ 33 | BNC Certificate of Mailing (RE: related document(s)32 Order on Application to Dismiss/Withdraw Document). Service Date 06/28/2007. (Admin.) (Entered: 06/28/2007) |
| 07/04/2007 | ❏ 34 | Notice of Appeal to District Court *of Order of Dismissal*, Fee Amount $ 255. (RE: related document(s)32 Order on Application to Dismiss/Withdraw Document). Appellant Designation due by 7/16/2007. Transmission to District Court due by 8/3/2007. Filed by Petitioning Creditor Jennifer M. Moore (Seymour, James) (Entered: 07/04/2007) |
| 07/04/2007 | ❏ 35 | Statement of Election to District Court,*Appeal* (RE: related document(s)34 Notice of Appeal, filed by Petitioning Creditor Jennifer M. Moore). Filed by Petitioning Creditor Jennifer M. Moore (Seymour, James) (Entered: 07/04/2007) |
| 07/05/2007 | | Receipt of Appeal Filing Fee. Amount 255.00 from James H. Seymour. Receipt Number 30043562. (ql) (Entered: 07/05/2007) |
| 07/09/2007 | ❏ 36 | Courts Certificate of Mailing. Number of notices mailed: 9 (RE: related document(s)34 Notice of Appeal,, 35 Statement of Election on Appeal). (ql, ) (Entered: 07/09/2007) |
| 07/09/2007 | ❏ 37 | Transmission of Appeal To District Court . (RE: related document(s)35 Statement of Election on Appeal, 34 Notice of Appeal). (ql, ) (Entered: 07/09/2007) |