IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ALLIANCE FINANCIAL CAPITAL HOLDINGS, | No. C-07-03716 CRB<br>NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |
| Plaintiff, | |
| v. | |
| RE: ALLIANCE FINANCIAL CAPITAL HOLDINGS, | |
| Defendant._____/ | |

RE:
    Bankruptcy Case:

Adversary No.:
BAP No.:
Appellant:

The appeal has been assigned the following case number C-07-03716 CRB before the Honorable Charles R. Breyer.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 10/26/2007 in Ctrm. 8, 19th Fl,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jul 19, 2007

                For the Court
                Richard W. Wieking, Clerk

                _____
                By: Deputy Clerk

cc: USBC
    Counsel of Record