James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALLIANCE FINANCIAL CAPITAL HOLDINGS, INC.,<br><br>　　　　　　　Alleged Debtor.<br>_____<br><br>JENNIFER M. MOORE,<br><br>　　　　　　　Appellant,<br><br>　　vs.<br><br>RICHARD L. HATFIELD,<br>FIRST TRUST CORPORATION<br>FBO RICHARD L. SPEES<br>FIRST TRUST CORPORATION<br>FBO J.D. ERICKSON, and<br>GEORGE RNJAK,<br><br>　　　　　　　Appellees.<br>_____ | No. 07-03716 CBR<br><br>Appeal from USBC (N.D. Cal.)<br>No.  07-30030  TEC  7<br><br>**ERRATA TO**<br>**OPENING BRIEF OF APPELLANT**<br>**JENNIFER M. MOORE** |

　　　Appellant Jennifer M. Moore submits this errata to correct an oversight in the preparation of *Opening Brief of Appellant Jennifer M. Moore*, filed in this appeal on 19 October 2007, in which references to the record on appeal are by document number in the record.  Those references were erroneously used on the basis that the appellant's designation of record on appeal referred to the documents included in the record on

appeal in chronological order beginning with the number "1" for the earliest document. In fact, the documents in appellant's designation of the record on appeal are referenced by their bankruptcy docket number. This errata lists the documents included in the record on appeal as they are referenced in the *Opening Brief of Appellant Jennifer M. Moore* – by number in chronological order beginning with the number "1" for the earliest in time.

| Doc. No. | Title | Date |
|---|---|---|
| 1 | Chapter 7 Involuntary Petition | 1/9/07 |
| 2 | Summons Service Executed in Involuntary Case | 1/12/07 |
| 3 | Notice of Removal - Adversary No. 07-03010 | 1/29/07 |
| 4 | Order Suspending Involuntary Bankruptcy Proceedings | 2/2/07 |
| 5 | Order Setting Continued Status Conference | 2/12/07 |
| 6 | Status Conference Statement | 2/22/07 |
| 7 | Order Continuing Suspension, *etc*. | 2/27/07 |
| 8 | Order Correcting Time and Date of Status Conference | 3/2/07 |
| 9 | Status Conference Statement<br>Attachment - Ex. A (Fax Memorandum and Settlement Outline) | 3/8/07 |
| 10 | Amended Order Continuing Suspension, *etc*. | 3/13/07 |
| 11 | Order Continuing Status Conference | 5/8/07 |
| 12 | Motion to Dismiss<br>Attachments - (1) Ex. A (Settlement Agreement and Mutual Release); (2) Declaration of Richard Hatfield; and (3) Declaration of Michael Cooper. | 5/25/07 |
| 13 | Notice of Hearing (Motion to Dismiss) | 5/25/07 |
| 14 | Joinder by Moore in Involuntary Petition | 6/15/07 |
| 15 | Brief in Opposition to Motion to Dismiss | 6/15/07 |
| 16 | Declaration of Hatfield in Reply to Opposition | 6/21/07 |
| 17 | Order Granting Motion to Dismiss | 6/22/07 |
| 18 | Notice of Appeal | 7/4/07 |

| | | |
|---|---|---|
| 19 | Election to Appeal to District Court | 7/4/07 |
| 20 | Transcript of the hearing on 22 June 2007. | |
| 21 | Docket Listing as of 8/15/07 | |

JAMES H. SEYMOUR

Dated:  25 October 2007

*/s/ James H. Seymour*
James H. Seymour
Counsel for Appellant Jennifer M. Moore