Michael D. Cooper (Bar No. 42761)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Creditor
First Trust Corporation FBO Richard L. Spees
First Trust Corporation FBO J.D. Erickson, and
George Rnjak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLIANCE FINANCIAL CAPITAL HOLDINGS, INC.,<br><br>Debtor. | Case No. C-07-3716 MMC<br><br>Appeal from USBC (N.D. Cal.)<br>No. 07-30030 TEC 7 |
| JENNIFER M. MOORE,<br><br>Appellant,<br><br>vs.<br><br>ALLIANCE FINANCIAL CAPITAL HOLDINGS, INC.,<br><br>Appellee. | **NOTICE OF NON-PARTICIPATION** |

Pursuant to FRAP Local Rule 31.2.3, First Trust Corporation fbo Richard L. Spees, First Trust Corporation fbo J.D. Erickson, and George Rnjak, each of whom were listed as creditors in the above-captioned appeal ("Appeal"), notify the Court that they do not intend to participate in

/ / /

/ / /

/ / /

014105.0001\829529.1    *NOTICE OF NON-PARTICIPATION*

1 | the Appeal, and do not intend to file a brief.

Dated: November 6, 2007					WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Elizabeth Berke-Dreyfuss*
    Elizabeth Berke-Dreyfuss
    Attorneys for Creditor
    First Trust Corporation FBO Richard L. Spees, First Trust Corporation FBO J.D. Erickson, and George Rnjak