James H. Seymour  SBC No. 048651
706 Cowper Street
Palo Alto, California  94301
Telephone:  (650) 323-7226
Counsel for Appellant
Jennifer M. Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | No. 07-03716 MMC |
| | ) | |
| RICHARD L. HATFIELD, | ) | Appeal from USBC (N.D. Cal.) No.  07-30030  TEC  7 |
| | ) | |
| | ) | **DECLARATION OF JAMES H. SEYMOUR RE STATUS OF APPEAL AND CHANGED CIRCUMSTANCES** |
| Alleged Debtor. | ) | |
| | ) | |
| JENNIFER M. MOORE, | ) | |
| Appellant, | ) | |
| vs. | ) | |
| RICHARD L. HATFIELD, FIRST TRUST CORPORATION FBO RICHARD L. SPEES FIRST TRUST CORPORATION FBO J.D. ERICKSON, and GEORGE RNJAK, | ) | |
| Appellees. | ) | |

I, James H. Seymour, declare:

1.    I am counsel of record for the appellant in this case, Jennifer M. Moore. I make this declaration to provide evidence in support of the statement on her behalf regarding the current status of the circumstances surrounding this appeal. I have been counsel for Moore in related matters since August 2003 and in this appeal since its filing. In the course of my representation of Moore, I have acquired personal knowledge of the facts declared in this declaration.

2.    Exhibit A to this declaration is the declaration of Michael Cooper, who is counsel for the creditors of Richard Hatfield (Hatfield) and of Alliance Financial Capital Holdings, Inc. (AFCH), who are the petitioners on the petitions for the involuntary bankruptcies of those two persons. The declaration of Cooper was filed in an action pending in the Superior Court of the State of California for the County of San Mateo in which related creditors of Hatfield and AFCH are parties.

3.    On 9 November 2007, a hearing was held in Superior Court of the State of California for the County of San Mateo at which I was present, and at which an attorney for the law firm, Wendel Rosen Black & Dean, in which Michael Cooper is a partner, indicated to the Court that the $2 million payment required under the "settlement" among creditors of Hatfield and AFCH and others still had not been paid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November 2007.

JAMES H. SEYMOUR

Dated: 19 November 2007          */s/ James H. Seymour*
James H. Seymour
Counsel for Appellant Jennifer M. Moore