```
 1 | James H. Seymour  SBC No. 048651
   | 706 Cowper Street
 2 | Palo Alto, California  94301
   | Telephone:  (650) 323-7226
 3 | Counsel for Appellant
   | Jennifer M. Moore
 4 |
 5 |
 6 |
 7 |
 8 |                UNITED STATES DISTRICT COURT
 9 |               NORTHERN DISTRICT OF CALIFORNIA
10 | In re                           )   No. 07-03715 MMC
   |                                 )
11 |                                 )   Appeal from USBC (N.D. Cal.)
   | RICHARD L. HATFIELD,            )   No.  07-30031  TEC  7
12 |                                 )
   |                                 )   **NOTICE BY JENNIFER M. MOORE
13 |                                 )   OF SUBMISSION OF MOTION IN
   |                                 )   BANKRUPTCY COURT REQUESTING
14 |           Alleged Debtor.       )   BANKRUPTCY COURT TO
   |                                 )   ENTERTAIN MOTION FOR RELIEF
15 |                                 )   PURSUANT TO BANKRUPTCY
   | _____)   RULE 9024 (RULE 60(b), F. R. Civ. P.)**
16 | JENNIFER M. MOORE,              )
   |                                 )
17 |           Appellant,            )
   |                                 )
18 |       vs.                       )
   |                                 )
19 | RICHARD L. HATFIELD,            )
   | FIRST TRUST CORPORATION         )
20 | FBO RICHARD L. SPEES            )
   | FIRST TRUST CORPORATION         )
21 | FBO J.D. ERICKSON, and          )
   | GEORGE RNJAK,                   )
22 |                                 )
   |           Appellees.            )
23 | _____)
24 |
25 |
26 |
27 |
28 |
```

TO:   The Honorable Maxine Mackler Chesney, United States District Judge, and to all parties and their counsel of record.

NOTICE IS HEREBY GIVEN that on 18 January 2008, a hearing was held on the motion by appellant Jennifer M. Moore in the bankruptcy case of *In re Alliance Financial Capital Holdings, Inc.*, number 07-30030 TEC 7, in the United States Bankruptcy Court for the Northern District of California, requesting that the bankruptcy court consent to hear her motion, pursuant to Bankruptcy Rule 9024, which incorporates the principal provisions of rule 60(b), F. R. Civ. P., for relief from the dismissal of the case.

No opposition was filed, nor was any argument in opposition presented at the hearing. Judge Carlson took the motion under submission and has not yet ruled on her motion.

As stated in the *Memorandum of Jennifer M. Moore re Status of Appeal and Changed Circumstances*, filed in this appeal from the dismissal on 19 November 2007, the motion is made pursuant to the procedure described in *Gould vs. Mutual Life Ins. Co. of New York*, 790 F.2d 769, 772 (9th Cir. 1986), and reiterated in *Davis vs. Yageo*, 481 F.3d 661, 685 (9th Cir. 2007).

Respectfully submitted,

JAMES H. SEYMOUR

Dated: 28 January 2008

*/s/ James H. Seymour*
James H. Seymour
Counsel for Appellant Jennifer M. Moore